# United States Court of Appeals for the Federal Circuit

---

September 28, 2012

**ERRATA**

---

Appeal No. 2011-1516, -1517

**IN RE ABBOTT DIABETES CARE INC.**

Decided:  September 28, 2012
Precedential Opinion

---

Please make the following change:

Page 14, lines 26 and 27, change "*Amercan*" to --*American*--.